

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALBERT STEVENS, JR.　　　　　　　DOCKET NO. 10-cv-1312; SEC. P
　　D.O.C.#497929

VERSUS　　　　　　　　　　　　　JUDGE DEE D. DRELL

AVOYELLES CORRECTIONAL　　　　MAGISTRATE JUDGE JAMES D. KIRK
CENTER, ET AL.

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 7th day of February, 2011.

　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE