RECEIVED
IN ALEXANDRIA, LA
APR 19 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBERT STEVENS, JR. | DOCKET NO. 10-cv-1312; SEC. P |
| D.O.C. #497929 | |
| VERSUS | JUDGE DEE D. DRELL |
| AVOYELLES CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 19th day of April, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE